United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **YORDANIA JARA URBAEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01389** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus. (Dkt. No. 1). On August 18, an Immigration Judge ordered Petitioner removed. (Dkt. No. 15-1). Petitioner filed a letter on the docket on September 4, 2026, stating that she has a final order of removal and that she has a pending appeal of her immigration case. (Dkt. No. 14). On September 21, 2026, the Government filed an Advisory stating that "there is no record of Petitioner filing a timely notice of appeal to the BIA." (Dkt. No. 15). Thus, the Government states that Petitioner's removal order is now final. (*Id.*). The Government "provides notice that it may now take the necessary steps to carry out Petitioner's removal from the United States." (*Id.*).

Because it does not appear that the BIA has received Petitioner's appeal and because Petitioner states that she filed an appeal, the Court would benefit from supplemental briefing from Petitioner on this issue. As such, Petitioner is **ORDERED** to file supplemental briefing **by October 6, 2026,** specifically addressing: (1) whether she filed an appeal with the BIA of the IJ's order of removal and (2) any relevant facts related to her appeal such as the date she sent it, what order she appealed, and where she sent her appeal.

The Clerk is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

It is so **ORDERED**.

**SIGNED** on September 22, 2026.

John A. Kazen
United States District Judge